PATRICK J. MADDEN, ESQUIRE – ID 019781996
MADDEN & MADDEN, P.A.
108 KINGS HIGHWAY EAST - SUITE 200
POST OFFICE BOX 210
HADDONFIELD, NEW JERSEY 08033
TEL: (856) 428-9520
Attorney for Defendants, Camden County Police Department and Camden County Department of Corrections

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ALBERT FIELDS<br><br>Plaintiff(s),<br><br>v.<br><br>CAMDEN COUNTY POLICE DEPARTMENT, CAMDEN DEPARTMENT OF CORRECTIONS & CFG HEALTH SYSTEMS, LLC<br><br>Defendant(s). | CIVIL ACTION<br><br>No.: 1:18-cv-07957-RBK-KMW<br><br>STIPULATION OF DISMISSAL |
|---|---|

The matter in difference in the above-entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed that all claims and crossclaims of plaintiff, Albert Fields, and defendants, Camden County Police Department, Camden Department of Corrections and CFG Health Systems, LLC, are hereby dismissed with prejudice and without costs.

MADDEN & MADDEN, P.A.

/s/ Patrick J. Madden

Dated: January 27, 2020    By: _____
Patrick J. Madden, Esquire
Attorney for Defendants, Camden County Police Department and Camden County Department of Corrections

HOLTZMAN & MCCLAIN, PC

Dated: 1/27/20     By: _____
Jeffrey S. McClain, Esquire
Attorney for Defendant, CFG Health Systems, LLC

LAW OFFICE OF CLARA R. SMITH

Dated: 1/27/20     By: _____
Clara R. Smit, Esquire
Attorney for Plaintiff